The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
### Tacoma Division

| | |
|---|---|
| FEDS FOR FREEDOM, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LLOYD J. AUSTIN, III, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:23-cv-5490-DGE<br><br><br>Civil Action No. 3:23-cv-5961-DGE<br>(Consolidated with 3:23-cv-5490-DGE) |
| JEFFREY LEBRET, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LLOYD J. AUSTIN, III, et al.,<br><br>　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO OFFICIAL AND INDIVIDUAL CAPACITY DEFENDANTS' MOTIONS TO DISMISS** |

　　Upon consideration of Plaintiffs' Stipulated Motion to Extend and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

　　It is further ORDERED that Plaintiffs shall file a response in opposition to the Official-Capacity and Individual-Capacity Defendants' Motions to Dismiss by May 10th, 2024, and that the Official-Capacity and Individual-Capacity Defendants shall file a reply to Plaintiffs' response

MOTION FOR RELIEF FROM DEADLINE TO
RESPOND TO OFFICIAL AND INDIVIDUAL
CAPACITY DEFENDANTS' MOTIONS TO DISMISS
Civil Action No. 3:23-cv-5490-DGE

1

Lloyd,Lemmon,Hale PLLC
15 Chester St.
Front Royal, VA 22630

(540)823-1110

by May 17th, 2024.

It is SO ORDERED.

DATED: April 29, 2024

_____
David G. Estudillo
United States District Judge

MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO OFFICIAL AND INDIVIDUAL CAPACITY DEFENDANTS' MOTIONS TO DISMISS
Civil Action No. 3:23-cv-5490-DGE

2

Lloyd, Lemmon, Hale PLLC
15 Chester St.
Front Royal, VA 22630

(540) 823-1110