# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDS FOR FREEDOM, ELIZABETH SOLIDAY, et. al,<br><br>Plaintiffs,<br>V<br><br><br>.LLOYD J AUSTIN, III, Secretary of Defense, United States Department of Defense, et al,<br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:23-cv-05490 DGE-RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Individual Federal Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiffs' Individual-Capacity Claims is granted.  The Official Capacity Defendants' Motion to Dismiss is granted.  All claims are dismissed with prejudice and without leave to amend.

Dated June 10, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
<i>/s/Tajma Eaton</i><br>
Deputy Clerk